United States District Court
Southern District of Texas
**ENTERED**
February 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ESTATE OF GABRIEL MIRANDA, JR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-00348 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING IN PART PLAINTIFF'S RULE 60(b) MOTION

Upon consideration of Plaintiff's Motion for Relief Pursuant to Federal Rule of Civil Procedure 60(b) (Dkt. No. 68), through which Plaintiff seeks to reopen this cause, and given that Plaintiff's proposed amended pleading would omit any claim against Defendants Hidalgo County and (former) County Judge Ramon Garcia (collectively, "County Defendants"),[1] the Court hereby **ORDERS** that the Motion is **DENIED in part** with respect to any request to reopen against the County Defendants.[2] The Court will address Plaintiff's Rule 60(b) Motion to reopen against the other Defendants by separate order.

SO ORDERED February 10, 2022, at McAllen, Texas.

Randy Crane
United States District Judge

---

[1] *See* (Dkt. No. 86, Exh. 1).
[2] At the February 8, 2022 status conference in this case, Plaintiff's counsel stated that he consented to a partial denial of the Rule 60(b) Motion with respect to these Defendants.